UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, AFL-CIO, LOCAL 2001, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 3:05-CV-164 (VARLAN/GUYTON) |
| TENNESSEE VALLEY AUTHORITY, | ) ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the defendant's motion for summary judgment [Doc. 2] is hereby **GRANTED** to the extent that TVA has not agreed to arbitrate the grievance at issue and therefore may not be compelled to do so. Therefore, plaintiff's cross-motion for summary judgment [Doc. 13] is **DENIED** and plaintiff's claims are **DISMISSED with prejudice**. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE